UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN WALKER,<br><br>     Petitioner,<br><br>     v.<br><br>SUPERIOR COURT OF SOLANO COUNTY,<br><br>     Respondent. | No.  2:23-cv-02511 DJC DB P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 23, 2024, the Magistrate Judge filed findings and recommendations herein which were served on Petitioner and which contained notice to Petitioner that any objections to the findings and recommendations were to be filed within twenty-one days. Petitioner has not filed objections to the findings and recommendations.

Although it appears from the file that Petitioner's copy of the findings and recommendations was returned,  Petitioner was properly served. It is the Petitioner's responsibility to keep the Court apprised of his current address at all times. Pursuant

to Local Rule 182(f), service of documents at the record address of the party is fully effective.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations (ECF No. 26) are adopted in full.

2. Petitioner's application for a writ of habeas corpus is dismissed for failure to exhaust state remedies.

3. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253 as Petitioner has not made a substantial showing of the denial of a constitutional right, see 28 U.S.C. § 2253(c)(2).

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **April 11, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

DLB7
walk2511.802.hc